**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TRAVIS KAHLIA CLARK**<br>**(a/k/a "Noah Goldstein"),**<br><br>**Defendant.** | Case: 1:26-mj-000168<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 9/25/2026<br>Description: COMPLAINT W/ARREST WARRANT<br>**COMPLAINT W/ARREST WARRANT** |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, [redacted], being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI"). I make this affidavit in support of a criminal complaint and an arrest warrant charging TRAVIS KAHLIA CLARK with Wire Fraud, in violation of 18 U.S.C. § 1343, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A

2. I have been a Special Agent with HSI since April 2025. Prior to my Special Agent position with HSI, I spent a 20-year career as member of the United States Army where I served as an infantryman, an explosive ordnance disposal officer, and an intelligence officer. I possess a Bachelor of Arts Degree from the University of Nevada and a Master of Science Degree from the National Intelligence University. I have completed the Criminal Investigator Training Program located at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the HSI Special Agent Training program. As part of my training, I received extensive instruction in immigration law, customs law, criminal law, rules of evidence, and interview techniques. I am currently assigned to the Document and Benefit Fraud Task Force, where my duties and

responsibilities include the investigation of federal crimes including (but not limited to) aggravated identity theft, misuse of a Social Security Number, and smuggling goods into the United States.

3. The facts in this affidavit come from my own observations, my training and experience, and information obtained from other law enforcement officials, including HSI Special Agents, analysts, as well as witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. This affidavit does not set forth all of my knowledge about this matter. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part. All dates are on or about the date specified. All amounts and times are approximate.

## PROBABLE CAUSE

### Overview of the Investigation

4. This investigation arose on or about March 14, 2026, after HSI John F. Kennedy Airport ("HSI JFK") notified HSI Washington D.C. that it had intercepted a parcel destined for the HSI DC area of responsibility that contained contraband. The parcel, which originated in Hong Kong, contained blank (incomplete) driver's license/state identification cards for several states. The parcel was addressed to "Noah Goldstein" at the address 331 N Street NE, Apt. 819, Washington, D.C. 20002 (the "Goldstein Apartment"). Investigation by law enforcement revealed that the Goldstein Apartment had been leased by CLARK using a fraudulent Pennsylvania driver's license in the name of "Noah Goldstein" and the Social Security Number that was assigned to the real Noah Goldstein.

5. In addition, that first parcel and two other similar parcels containing templates for creating fraudulent state driver's licenses/identification cards led law enforcement to obtain a

warrant to search the Goldstein Apartment. Execution of that resulted in the seizure of extensive evidence of identity fraud, as well as drugs and a firearm.

**Parcels Containing Contraband Addressed to the Goldstein Apartment**

6. **Parcel #1:** On or about March 14, 2026, HSI DC was notified by HSI JFK of an intercepted parcel (the "March 14 Parcel") that originated in Hong Kong and was addressed to "Noah Goldstein" at the Goldstein Apartment with the phone number 202-500-1131. The March 14 Parcel was described in shipping documents as metal and PVC charger for computers.

7. Inspection of the March 14 Parcel by Customs and Border Protection ("CBP") officers led to the discovery of approximately twenty blank driver's license / identification cards – five each from Virginia, Maryland, the District of Columbia, and Pennsylvania. An image of the contents of the March 14 Parcel appears in Figure 1.




*Figure 1*

8. According to records from DHL Express USA, Inc. ("DHL"), individuals sought to track the March 14 Parcel online from a number of unique IP addresses. Records from Verizon showed that five of the unique IPv4 or IPv6 addresses returned to a single Verizon Fios account. The subscriber for that account was "Noah Goldstein" of the Goldstein Apartment with phone number 202-500-1131. The email address was noah.goldstein95@outlook.com. Records from T-Mobile linked three of the IPv6 addresses from DHL with phone number 202-500-1131, but the records did not list any other subscriber information.

9. **Parcel #2:** On or about May 8, 2026, approximately one month after the delivery of the March 14 Parcel, law enforcement identified an international parcel (the "May 8 Parcel") addressed to the Goldstein Apartment listing "Noah Goldstein" and the phone number 202-500-1131. The May 8 Parcel originated in Hong Kong and was manifested as an acrylic desk sign.

10. On or about May 11, 2026, three days later, CBP officers at John F. Kennedy Airport inspected the May 8 Parcel. The inspection revealed approximately 100 blank state identification laminate cards for Virginia, Maryland and the District of Columbia. Images of the May 8 Parcel appear in Figures 2, 3, and 4.




*Figure 2*




*Figure 3*




*Figure 4*

11. Upon discovery of the approximate 100 blank state identification laminate cards, the May 8 Parcel was sealed and released from CBP on or around May 14, 2026. Following release from CBP, law enforcement tracked the May 8 Parcel with the associated tracking number via the last mile delivery service website. Per the tracking data, the May 8 Parcel was delivered to the building of the Goldstein Apartment on or around May 25, 2026, at 4:29 p.m. Images of the delivered May 8 Parcel appear in Figures 5 and 6.



*Figure 5*




*Figure 6*

12. After the delivery of the May 8 Parcel, law enforcement reviewed surveillance footage from the lobby of the building containing the Goldstein Apartment around the delivery

time as well as key and access activity logs for that time period pursuant to the service of legal process. The surveillance footage showed the acceptance of the May 8 Parcel by apartment staff at the front desk.

13. On the surveillance video, around seven minutes later, an African American male wearing black sweatpants and black t-shirt with cornrow style braids down the back of his neck emerged from an interior elevator and spoke to the security guard stationed at the front desk. Following a brief conversation, the male returned to the elevator and out of view. The employee who handled the May 8 Parcel was not at the front desk and not in view of the camera.

14. On the surveillance video, approximately one hour and five minutes later, a person appearing to be the same African American male emerged from the elevator and walked to the front desk, briefly speaking with the security guard. The African American male met with the apartment employee who checked in the May 8 Parcel, and both walked out of view, empty handed. A short time later, the same African American male returned into view carrying a white envelope similar in size and shape to the May 8 Parcel. The African American male filled out a sheet of paper on the front desk and walked directly to the elevator area, eventually entering an elevator and leaving the view of the camera. Images from that video appear in Figures 7 and 8.



*Figure 7*



*Figure 8*

15. Law enforcement reviewed the access and activity logs for the building containing the Goldstein Apartment and noted the following:

a. 5:40 p.m. – access device key number 189966 activity logged at Unit 819 (the Goldstein Apartment). This is prior to the African American male entering the lobby.

b. 5:45 p.m. – access device key number 189966 activity logged for Unit 819 (the Goldstein Apartment) at the east elevator. This is the approximate time the African American male exited the lobby and entered the elevator with a white envelope similar in size and shape to the May 8 Parcel on the surveillance video.

c. 5:46 p.m. – access device key number 189966 activity logged at Unit 819 (the Goldstein Apartment).

16. **Parcel #3:** On or about May 19, 2026, HSI DC was notified by CBP officers of an international parcel consigned to "Noah Goldstein" at the Goldstein Apartment with the phone number 202-500-1131 (the "May 19 Parcel"). Per shipping documents, the May 19th Parcel originated in Hong Kong and was manifested as clothing.

17. On or around May 23, 2026, CBP officers inspected the May 19 Parcel and located approximately 160 blank laminate state identification cards from the following states/territory: Texas, New York, North Carolina, Florida, Pennsylvania, Virginia, Georgia, Maryland and the District of Columbia. Images of the May 19 Parcel appear in Figures 9 and 10. The photograph in Figure 11 shows the front and back of just one of the cards as an example.




*Figure 9*




*Figure 10*

18. Notably, the March 14 Parcel, the May 8 Parcel, and the May 19, which all contained identification card blanks, were addressed to "Noah Goldstein" at the Goldstein Apartment with the phone number 202-500-1131.

**Review of the Goldstein Apartment Leasing Documents**

19. Pursuant to legal process, law enforcement obtained copies of the lease application and other related documents for the lease of the Goldstein Apartment to "Noah Goldstein."

20. The application was made by "Noah Goldstein" listing an address of 1099 Germantown Avenue Apt 902 Philadelphia, Pennsylvania and listing the email address noah.goldstein95@outlook.com.[1] The employment information lists an occupation as a Project Manager for Hitt Contracting of Falls Church, Virginia. Within the vehicle information, the application lists a blue 2020 BMW M340i with Georgia license plate SCJM5339.

[1] This is the same email address listed in the Verizon Fios subscriber information associated with the tracking of the March 14 Parcel, as described in paragraph 10.

21. The signed lease agreement for the Goldstein Apartment lists the resident as "Noah Goldstein" and indicates that the lessee has been assigned parking space number 38. The vehicle information listed on the signed lease agreement is consistent with the information listed on the application – that is, a BMW with Georgia license plate SCJM5339.

22. In addition, the lease agreement was electronically signed by "Noah Goldstein" from IP address 141.156.148.7 using the Intel Mac OS X operating system. Records from Verizon reflect that, on the date and time of the lease signing, that IP address was assigned to "Noah Goldstein" at the Goldstein Apartment with the phone number 202-500-1131. The digitally signed lease was transmitted on or about February 24, 2026, via the internet to Bozzuto Management Company, which is located in Maryland, and whose servers are located outside of the District of Columbia.

23. As part of the application for the lease of the Goldstein Apartment, "Noah Goldstein" submitted what appeared to be a Pennsylvania driver's license listing the name "Noah Goldstein" with a date of birth of [redacted], driver's license number of [redacted], brown eyes, issue date of April 19, 2023, and expiration date of February 3, 2027. The image of that driver's license appears in Figure 11.




*Figure 11*

24. Pennsylvania Department of Transportation ("DOT") records associate the driver's license number that appeared on that driver's license [redacted] with an individual named [redacted] with a date of birth of [redacted], license issue date of August 16, 2022, and license expiration date of August 30, 2026. Those records include a photograph of [redacted], taken on August 31, 2022, which appears in Figure 12.

[redacted]

*Figure 12*

25. Pennsylvania DOT records associate the name and date of birth displayed on the license submitted with the Goldstein Apartment application (Noah Goldstein, [redacted]) with "Noah Goldstein" and driver's license number [redacted], date of birth of [redacted], green eyes, license issue date of February 17, 2026, license expiration of February 3, 2030, and an address of [redacted]. The Pennsylvania DOT records include a driver's license photo of "Noah Goldstein" taken on February 27, 2026, which appears in Figure 13.

[redacted]

*Figure 13*

26. Law enforcement searched Georgia Department of Motor Vehicles ("DMV") records for the license plate listed on the lease application and signed lease for the Goldstein Apartment (Georgia license plate SCJM5339 displayed on a 2020 blue BMW m340i). However, Georgia license plates include seven characters – and not eight. According to Georgia DMV records, license plate SCM5339 – removing the letter "J" from the plate number on the Goldstein Apartment application and lease – returns to a 2020 blue BMW m340xi registered to Travis Khalia Clark (CLARK) of 2470 Cheshire Bridge Road NE Apartment 1424 Atlanta, Georgia and Georgia driver's license number 060254433.

27. On or about May 5, 2026, law enforcement conducted a search of license plate reader databases for Georgia license plate SCM5339 and located several recent captures in the Washington, D.C. area.

a. On or about May 3, 2026, two days earlier, that plate was captured around Florida Avenue NW and Rhode Island Ave NW – a location approximately 1.2 miles from the Goldstein Apartment.

b. On or about April 26, 2026, about one week earlier, the license plate was captured again around 18th Street and Florida Ave NW – a location about 2.6 miles from the Goldstein Apartment.

c. On or about April 20, 2026, six days earlier, another capture of the license plate occurred around 901 H Street on or about April 20, 2026 – a location about 1.6 miles from the Goldstein Apartment**.**

d. All images associated with the described captures show the Georgia license plate displayed on a blue 4 door BMW M340i, consistent with the description of the vehicle associated with the Goldstein Apartment application and lease.

28. Georgia DMV records for CLARK and driver's license number 060254433 listed an issue date of August 15, 2023, and included the photograph that appears in Figure 14.



*Figure 14*

**<u>Execution of Search Warrant at the Goldstein Apartment</u>**

29. On May 29, 2026, this Court issued a warrant to search the Goldstein Apartment. The execution of that warrant does not relate to probable cause for the requested arrest warrant but is provided so that the Court is fully informed about this matter.

30. On June 3, 2026, HSI DC executed the search warrant at the Goldstein Apartment and seized a number of items, including the following:

a. A Glock 26 pistol with an extended magazine containing ammunition and a chambered round;

b. 876.0 grams +/- 1.2 grams of a substance that the CPB laboratory has since identified as 3,4-Methylenedioxy-a-cyclohexylaminopropiophenone;

c. $5,850 in U.S. currency; and

d. Materials used for making false and fraudulent forms of identification, including approximately eight printers and/or card manufacturing devices, 103 state identification cards with identifiers, 68 blank state identification cards without identifiers, 550 blank laminates with picture windows but without the name of any state listed, 296 blank laminate cards, 14 credit cards without name, five credit cards/stored value cards, and 21 blank credit cards each with a gold electronic chip and magnetic strip.

## CONCLUSION

31. Based on my training and experience, and the information provided in this affidavit, there is probable cause to believe that TRAVIS KAHLIA CLARK committed Wire Fraud, in violation in violation of 18 U.S.C. § 1343, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

Respectfully submitted,

[redacted]

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3)
by telephone on this 25th day of September 2026:

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE